**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **NELSON EDDY SOLIS REYES** | **CASE NO. 1:26-CV-02390 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PHILLIP BICKHAM** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas Corpus submitted by Nelson Eddy Solis Reyes is DISMISSED without prejudice as premature.

THUS DONE in Chambers on this 7th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE